UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE VALDEZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>HEATHER SHIRLEY,<br><br>　　　　　　Respondent. | Case No. 2:20-cv-10208-JC<br><br>JUDGMENT |

Pursuant to this Court's Memorandum Opinion and Order Granting Motion to Dismiss and Dismissing Petition and Action with Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice because petitioner's claims are barred by the statute of limitations.

IT IS SO ADJUDGED.

DATED: June 16, 2021

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE